**MANNING v. FLETCHER**

[331 N.C. 114 (1992)]

ARTHUR BENNETT MANNING AND WIFE, LUGENE MANNING v. CLARENCE ERNEST FLETCHER, JR. AND NORTH CAROLINA FARM BUREAU MUTUAL INSURANCE

No. 229PA91

(Filed 5 March 1992)

ON discretionary review of a unanimous opinion of the Court of Appeals, 102 N.C. App. 392, 402 S.E.2d 648 (1991), which reversed a judgment entered on 14 December 1989 in Superior Court, NASH County, by *Allsbrook, J.,* and remanded for entry of a judgment in accordance with the opinion of the Court of Appeals. Heard in the Supreme Court 14 February 1992.

*Ralph G. Willey, P.A., by Ralph G. Willey, III, for plaintiff appellees.*

*Poyner & Spruill, by Ernie K. Murray, for defendant appellant North Carolina Farm Bureau Mutual Insurance Company.*

PER CURIAM.

Affirmed.

Justice MEYER did not participate in the consideration or decision of this case.